UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

BNP PARIBAS,

                              Plaintiff,

        -against-

KURT ORBAN PARTNERS LLC, ET AL.,

                            Defendants.

-----------------------------------------------------------x

12/23/19

19-CV-9616 (ALC)

ORDER

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Parties' letters regarding Defendants' request for a pre-motion conference and for leave to file a motion to dismiss. ECF Nos. 14, 15. Defendants' request for a pre-motion conference is hereby **DENIED**. Defendants are hereby **GRANTED** leave to file a motion to dismiss. The Parties should proceed in accordance with the following briefing schedule:

| | |
|---|---|
| **Defendants' Brief** | January 24, 2020 |
| **Plaintiff's Response** | February 21, 2020 |
| **Defendants' Reply** | March 13, 2020 |

SO ORDERED.

Dated:    December 23, 2019
              New York, New York

                                              HON. ANDREW L. CARTER, JR.
                                              United States District Judge