UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
BNP PARIBAS, :
: CIVIL ACTION NO.:
Plaintiff, : 19-CV-09616 (ALC) (SLC)
:
v. : **RULE 7.1 STATEMENT**
:
KURT ORBAN PARTNERS, LLC, a :
California Limited Liability Company, and :
MATT ORBAN, an individual, :
:
Defendants. :
-------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 7.1, defendant Kurt Orban Partners, LLC, by and through its undersigned counsel, states that it does not have any parent corporation nor does any publicly held corporation own 10% or more of any of its stock.

Dated:  New York, New York
August 14, 2020

                                      **TARTER KRINSKY & DROGIN LLP**

                                      By:    s/ Sean T. Scuderi
                                               Sean Scuderi
                                               1350 Broadway, 11th Floor
                                               New York, NY 10018
                                               Tel: (212) 216-8000
                                               sscuderi@tarterkrinsky.com
                                               *Attorneys for Defendants*