UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BNP PARIBAS,<br><br>                Plaintiff,<br><br>-v-<br><br>KURT ORBAN PARTNERS LLC, and MATT ORBAN,<br><br>                Defendants,<br><br>TRAXYS NORTH AMERICA LLC,<br><br>      ADR provider and proposed intervenor. | CIVIL ACTION NO.: 19 Civ. 9616 (ALC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the Motion to Intervene filed by Traxys North America LLC on November 9, 2020. (ECF No. 22).

By **November 16, 2020**, the parties are directed to file a letter on the docket stating their position on the Motion to Intervene.

Dated:      New York, New York
              November 10, 2020

                                              SO ORDERED

                                              _____
                                              SARAH L. CAVE
                                              **United States Magistrate Judge**