

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

**Sean T. Scuderi**
212.216.8094 Direct Dial
sscuderi@tarterkrinsky.com

November 16, 2020

**VIA CM/ECF**

Hon. Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan
United State Courthouse
500 Pearl Street
New York, NY 10007

      Re:   *BNP Paribas v. Kurt Orban Partners LLC, et al.*
            Case No. 1:19-cv-09616 (ALC) (SLC)

Dear Magistrate Judge Cave:

     Our firm represents Defendants Kurt Orban Partners LLC, a California limited liability company, and Kurt Matthew Orban, sued herein as Matt Orban, a California resident (collectively, "Defendants"), in the above-referenced action. This letter is submitted in accordance with Your Honor's Order, dated November 10, 2020 (Doc. No. 36). Please be advised that Defendants take no position regarding the Motion to Intervene filed by Traxys North America LLC on November 9, 2020 (Doc. Nos. 33-35).

                                              Respectfully submitted,

                                              Sean T. Scuderi

cc:    All Counsel of Record *(VIA CM/ECF)*