UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BNP PARIBAS,

        Plaintiff,

-v-

KURT ORBAN PARTNERS LLC, and MATT ORBAN,

        Defendants.

CIVIL ACTION NO.: 19 Civ. 9616 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the proposed Stipulation and Order filed at ECF No. 56, all discovery deadlines are ADJOURNED sine die.

Dated:    New York, New York
           April 13, 2021        SO ORDERED

_/s/ Sarah L. Cave_
SARAH L. CAVE
**United States Magistrate Judge**