**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BNP PARIBAS,

                    Plaintiff,                    19 **CIVIL** 9616 (ALC)(SLC)

           -v-                    **RULE 54(b) JUDGMENT**

KURT ORBAN PARTNERS LLC, a California
Limited Liability Company, and MATT
ORBAN, an individual,

                      Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated May 27, 2021, judgment is entered in favor of Plaintiff BNP Pruibas and against Defendant Kurt Matthew Orban, sued herein as Matt Orban in the amount of $2,500,000. The judgment against Orban is final as to him, see Fed. R. Civ. P. 54(b), there being no just reason for delay.

**Dated:** New York, New York
         May 27, 2021

                                                               **RUBY J. KRAJICK**
                                                               **Clerk of Court**
                             **BY:**     *K. Mango*
                                                                 **Deputy Clerk**