USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __08/13/2021__

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BNP PARIBAS,

      Plaintiff,

      v.

KURT ORBAN PARTNERS LLC, a California Limited Liability Company, and MATT ORBAN, an individual,

      Defendants.

Case No. 19-cv-09616 (ALC) (SLC)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED and DECREED**: That for the reasons stated in the Court's Opinion and Order, dated August 11, 2021, judgment is entered in favor of Plaintiff BNP Paribas and against Defendant Kurt Orban Partners LLC in the amount of $7,458,315.65, calculated as follows:

(i)     $4,531,713.03 for the unpaid price of the Steel; plus

(ii)    The 1% per month late penalty set forth in the relevant Steel contract, which amounts to $1,450,148.17, calculated from November 15, 2018 through August 12, 2021 (the date of this proposed judgment); plus

(iii)   Pre-judgment interest on the above-referenced sums in the amount of $1,476,454.45, calculated at the rate of 9% per annum for the period beginning November 15, 2018 through August 12, 2021 (the date of this proposed judgment).

Dated: __August 13, 2021__
       New York, New York

SO ORDERED:

*/s/ Andrew L. Carter, Jr./*

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE